Application GRANTED. The deadline to respond to the complaint is now May 30, 2024. The pretrial conference is hereby adjourned to June 12, 2024 at 11:00 AM. The dial-in remains the same.

The Clerk of Court is directed to terminate the motion at Dkt. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
April 12, 2024



**Shira M. Blank**
t  212.351.4694
f  212.878.8600
sblank@ebglaw.com

April 8, 2024

**VIA ECF**
Hon. Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Ronald Jackson v. New York-Presbyterian Hospital
             Case No.: 1:24-cv-01106 (AS)

Dear Judge Subramanian:

      This Firm represents defendant New York-Presbyterian Hospital (the "Hospital") in the above-referenced action. Pursuant to Your Honor's Individual Practice Rules, we write to respectfully request that the Hospital's time to answer, move, or otherwise respond to Plaintiff's Complaint, which is due on April 15, 2024, be extended up to and including May 30, 2024, with all related deadlines similarly extended.

      The request is made because the Hospital requires time to continue to investigate the claims and allegations and formulate an appropriate response to the Complaint, and additionally, the parties have been exploring a potential resolution of the matter to see if they can avoid further litigation.

      In light of this requested extension, the Hospital also respectfully requests that the Initial Pretrial Conference scheduled for May 29, 2024 be adjourned two weeks to June 12, 2024, or a date thereafter that is convenient for the Court, with all related deadlines similarly extended. This is the Hospital's first request for an extension of time to respond to the Complaint and for an adjournment of the Initial Pretrial Conference, and Plaintiff's counsel consents to these requests.

      We thank the Court for its consideration of these requests.

                                                                     Respectfully submitted,

                                                                      /s/ *Shira M. Blank*
                                                                      Shira M. Blank

cc:    Counsel of Record (via ECF)